IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH DI COSOLA,<br>Individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>BRAZZAZ, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Case No.   07 C 6746<br>)<br>)<br>)<br>)<br>) |

## REQUEST FOR REFUND

On December 3, 2007 we received notice that we had been charged twice for the same transaction, receipt #2367736 and receipt #2367862. The duplicate payment was under receipt #2367736. Please refund the overpayment for this matter.

Respectfully submitted,

JOSEPH DI COSOLA

By:  /s/ David M. Jenkins
    One of His attorneys

Anthony G. Barone (ARDC No. 06196315)
David M. Jenkins (ARDC No. 6211230)
Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrance, Illinois 60181
630/472-0037

Of Counsel
Marvin L. Frank
Lawrence D. McCabe
Murray, Frank & Sailer, LLP
275 Madison Avenue, Suite 801
New York, NY 10016
212/682-1818