### *United States District Court for the Northern District of Illinois*

Case Number: 07cv6746                    Assigned/Issued By: j. n.

Judge Name:                                Designated Magistrate Judge:

---

## FEE INFORMATION

**Amount Due:**   ☒ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

### (For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

## ISSUANCES

☒ Summons                          ☐ Alias Summons

☐ Third Party Summons              ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets      _____
                                    (Victim, Against and $ Amount)

☐ Writ _____
         (Type of Writ)

1 Original and 0 copies on 1-17-08 as to brazzaz, llc
                              (Date)

_____

_____