IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH DI COSOLA,<br>Individually and on behalf of a class,<br><br>  Plaintiff,<br><br>  v.<br><br>BRAZZAZ, LLC,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.: 07 C 6746<br>)<br>)   Judge James B. Zagel<br>)<br>)<br>) |

**DEFENDANT'S MOTION TO APPEAR AND FOR FOR ENLARGEMENT OF TIME
TO RESPOND TO CIVIL COMPLAINT**

Now comes the Defendant, BRAZZAZ, LLC, by and through its attorneys, KEVIN W. DOHERTY, TODD E. MACEY, and DOHERTY & PROGAR, LLC, and requests leave to file its appearance and pursuant to Federal Rule of Civil Procedure 6(b)(1), requests an enlargement of time, up to and including March 18, 2008, within which to respond to the Plaintiff's Civil Complaint.  In support of this Motion, the Defendant states as follows:

1. Plaintiff filed his Complaint on November 30, 2007.

2. Defendant was served with Summons and Complaint on January 31, 2008.

3. Defendant is not contesting service.

4. Defendant reasonably requires up to March 18, 2008 to prepare and file a Response to the Plaintiff's Civil Complaint.

5. This enlargement of time is not intended to harass the Plaintiff or delay the resolution of this matter. The granting of this motion would in no way prejudice the Plaintiff.

5.      Plaintiff has no objection to this Motion.

WHEREFORE, Defendant, BRAZZAZ, LLC., requests leave to file its appearance and that an enlargement of time to respond to the Plaintiff's Complaint, up to and including March 18, 2008, be granted.

Respectfully Submitted,

DOHERTY & PROGAR, LLC


   /s/ Kevin W. Doherty
Attorneys for the Defendant

Kevin W. Doherty
(ARDC No.: 3128844)
Todd E. Macey
(ARDC No.: 6286767)
DOHERTY & PROGAR LLC
200 West Adams Street, Suite 2220
Chicago, Illinois 60606
312/630-9630
312/630-9001 - Fax