IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH DI COSOLA,<br>Individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>BRAZZAZ, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 07 C 6746<br>)<br>)  Judge James B. Zagel<br>)<br>)<br>) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on <u>March 11, 2008</u> at <u>10:15 a.m.</u>, we shall present the attached **Defendant's Initial Motion to Appear and for Enlargement of Time to Respond to Civil Complaint** before the Honorable United States District Judge James B. Zagel in Courtroom 2503 at the United States District Courthouse, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, 60604. A true and correct copy of the motion has been served upon you.

    /s/ Kevin W. Doherty
    Kevin W. Doherty

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion has been served on:

Agbaronelaw@aol.com

by e-filing this 27th day of February, 2008.

    /s/ Todd E. Macey
    Todd E. Macey

Kevin W. Doherty
(ARDC No.: 3128844)
Todd E. Macey
(ARDC No.: 6286767)
DOHERTY & PROGAR LLC
200 West Adams Street, Suite 2220
Chicago, Illinois 60606
312/630-9630
312/630-9001 (fax)