```
TYPE LAW              SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS         DISTRICT 020
```

SHERIFF'S NUMBER 947639-001D CASE NUMBER 07C6746      DEPUTY: Thomas5735

FILED DT 01-17-2008 RECEIVED DT 01-25-2008 DIE DT 02-13-2008 MULTIPLE SERVICE  1
    DEFENDANT                                    ATTORNEY
BRAZZAZ, LLC                                          ANTHONY G. BARONE/BARONE & JEN
539 N DEARBORN ST                                     635 BUTTERFIELD RD.
CHICAGO IL. 60610                                     OAKBROOK TCE. IL. 60181
                                                          630 472-0037

PLAINTIFF DICOSOLA, JOSEPH                                      **FOREIGN**

SERVICE INFORMATION: CF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(A)   I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
      NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
      AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
      RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
      THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
      _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
      PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
      SAID PARTY REFUSED NAME ___
X..3 SERVICE ON: CORPORATION X COMPANY___ BUSINESS___ PARTNERSHIP___
      BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
      REGISTERED AGENT, ~~AUTHORIZED PERSON OR PARTNER~~ OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B)   THOMAS J. DART, SHERIFF, BY: _____, DEPUTY

  1   SEX M M/F    RACE W    AGE 40
  2   NAME OF DEFENDANT BRAZZAZ, LLC
      ___WRIT SERVED ON _____ Paulo Generoso
      THIS  7  DAY OF  Feb , 20 08 TIME 11:08 (A.)M./P.M.

ADDITIONAL REMARKS _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE NAMED DEFENDANT WAS NOT SERVED.
TYPE OF BLDG _Restaurant_                      ATTEMPTED SERVICES
NEIGHBORS NAME _____                 DATE        TIME A.M./P.M.
    ADDRESS _____                  _____  _____:_____

      REASON NOT SERVED:
                  07 EMPLOYER REFUSAL         _____  _____:_____
___ 01 MOVED              ___ 08 RETURNED BY ATTY        _____  _____:_____
___ 02 NO CONTACT         ___ 09 DECEASED                _____  _____:_____
___ 03 EMPTY LOT          ___ 10 BLDG DEMOLISHED         _____  _____:_____
___ 04 NOT LISTED         ___ 11 NO REGISTERED AGT.
___ 05 WRONG ADDRESS      ___ 12 OTHER REASONS
___ 06 NO SUCH ADDRESS    ___ 13 OUT OF COUNTY           _____  _____:_____

FEE  .00  MILEAGE  .00  TOTAL  .00                              SG20

5