IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH DI COSOLA, )<br>Individually and on behalf of a class, )<br>   )<br>   Plaintiff, )<br>   )<br>   v. )<br>   )<br>   )<br>BRAZZAZ, LLC, )<br>   )<br>   )<br>   Defendant. ) | Case No.: 07 C 6746<br><br>Judge James B. Zagel |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on <u>March 25, 2008</u> at <u>10:15 a.m.</u>, we shall present the attached **Defendant's Motion for Enlargement of Time to Respond to Civil Complaint** before the Honorable United States District Judge James B. Zagel in Courtroom 2503 at the United States District Courthouse, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, 60604. A true and correct copy of the motion has been served upon you.

   /s/ Kevin W. Doherty
   Kevin W. Doherty

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been served on:

   Agbaronelaw@aol.com

by e-filing this 18th day of March, 2008.

   /s/ Todd E. Macey
   Todd E. Macey

Kevin W. Doherty
(ARDC No.: 3128844)
Todd E. Macey
(ARDC No.: 6286767)
DOHERTY & PROGAR LLC
200 West Adams Street, Suite 2220
Chicago, Illinois 60606
312/630-9630
312/630-9001 (fax)