IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH DI COSOLA, Individually and on behalf of a class, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| | ) Case No.: 07 C 6746 |
| BRAZZAZ, LLC, | ) ) Judge James B. Zagel |
| | ) ) |
| Defendant. | ) |

**MOTION TO WITHDRAW**

NOW COMES the Defendant, BRAZZAZ, LLC, by and through its attorneys, KEVIN W. DOHERTY, TODD E. MACEY, and DOHERTY & PROGAR LLC, and moves this Honorable Court to allow KEVIN W. DOHERTY, TODD E. MACEY, STEPHANIE W. WEINER and DOHERTY & PROGAR, LLC to withdraw as counsel of record for BRAZZAZ, LLC, and in support thereof, states as follows:

1. BRAZZAZ, LLC, through counsel, Kevin W. Doherty, Todd E. Macey, Stephanie W. Weiner and Doherty & Progar, filed its Appearance on March 18, 2008.

2. Since then, BRAZZAZ, LLC, has retained separate counsel, David Almeida of Drinker, Biddle & Reath, LLP. (*See* Exhibit A).

3. Kevin W. Doherty, Todd E. Macey and Stephanie W. Weiner and Doherty & Progar, LLC hereby move this Honorable Court to withdraw as counsel of record for BRAZZAZ, LLC.

4. It is anticipated that Drinker, Biddle & Reath, LLP will files its Appearance on behalf of BRAZZAZ, LLC shortly after current counsel withdraws.

5. This is not intended to harass the Plaintiff or delay the resolution of this matter. The granting of this Motion will in no way prejudice the Plaintiff.

WHEREFORE, Kevin W. Doherty, Todd E. Macey, Stephanie W. Weiner and Doherty & Progar LLC, move this Court for an order allowing them to withdraw as counsel of record.

Respectfully Submitted,

DOHERTY & PROGAR, LLC


   /s/ Kevin W. Doherty
Attorneys for the Defendant

Kevin W. Doherty
(ARDC No.: 3128844)
Todd E. Macey
(ARDC No.: 6286767)
DOHERTY & PROGAR LLC
200 West Adams Street, Suite 2220
Chicago, Illinois 60606
312/630-9630
312/630-9001 - Fax