April 2, 2008

*Via Email and U.S. Mail*

Todd Macey
Doherty & Progar LLC
200 West Adams Street
Suite 2220
Chicago, IL 60606-5231

Re:   Transfer of Client/Matter Files: *Joseph DiCosola v. Brazzaz, LLC*

Dear Mr. Macey:

Brazzaz LLC has moved its litigation work with regard to the above matter from Doherty & Progar LLC to Drinker Biddle & Reath LLP. Please deliver as soon as possible all files (including, but not limited to, electronic files, diskettes, electronically maintained correspondence and other documentation) and related materials to Mr. David Almeida at Drinker Biddle & Reath LLP, 191 North Wacker Drive, Suite 3700, Chicago, Illinois, 60606-1698. Thank you in advance for your anticipated cooperation.

Very truly yours,

Sergio Aguirre

c   Mark Valen