**DUE TO THE VOLUMINOUS NATURE OF EXHIBIT C – THE UNPUBLISHED AUTHORITY – THOSE DOCUMENTS WILL NOT BE ELECTRONCIALLY FILED BUT WILL PROVIDED TO THE COURT VIA COURTESY COPY AND TO OPPOSING COUNSEL UPON REQUEST**