IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH DI COSOLA, Individually and on behalf of a class, | ) ) ) |
| Plaintiff, | ) ) Case No. 07 C 6746 ) |
| v. | ) Judge Zagel ) |
| BRAZZAZ LLC, | ) Magistrate Judge Denlow ) |
| Defendant. | ) **ORAL ARGUMENT REQUESTED** ) |

## NOTICE OF MOTION

**To**:    David M. Jenkins
Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrace, IL 60181

   **PLEASE TAKE NOTICE** that on Tuesday, April 22, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, the attached **Motion of Brazzaz LLC to Dismiss or, in the Alternative, to Stay Proceedings** will be heard before the Honorable Judge Zagel, or any other judge sitting in his stead, in Room 2503 of the Everett M. Dirksen Building, Chicago, Illinois, a copy of which is hereby served upon you.

Dated: April 15, 2008               **BRAZZAZ LLC**


                        /s/ David S. Almeida
                        One of Its Attorneys

                        Gordon Nash, Jr.
                        David S. Almeida
                        **DRINKER BIDDLE & REATH LLP**
                        191 N. Wacker Drive, Suite 3700
                        Chicago, IL 60606
                        (312) 569-1000 (telephone)

                        *Attorneys for Brazzaz LLC*

## CERTIFICATE OF SERVICE

I, David, S. Almeida, hereby certify that on April, 15, 2008, a copy of the foregoing **Notice of Motion** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ David S. Almeida

CH02/ 22511579.2