**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Joseph Di Cosola
                     Plaintiff,

v.                                               Case No.: 1:07−cv−06746
                                                Honorable James B. Zagel

Brazzaz, LLC
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

     MINUTE entry before Judge Honorable James B. Zagel:Set deadlines as to motion to dismiss [26]: Response due by 5/5/2008. Reply due by 5/15/2008. Request for oral argument taken under advisement. Status hearing set for 6/17/2008 at 10:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.