# EXHIBIT A



# NEWS RELEASE
## U.S. Representative Michele Bachmann
### Sixth District, Minnesota

**For Immediate Release**  
**Wednesday, May 14th, 2008**

**Contact: Stephen Miller**  
**202-225-2331**

# BIPARTISAN BACHMANN BILL PROTECTS CONSUMERS AND BUSINESSES
## House Passes Legislation to Stop Frivolous Lawsuits

**(Washington, D.C.)** – Last night, the House unanimously passed *The Credit and Debit Card Receipt Clarification Act* (H.R. 4008). This bill, introduced by Congressman Tim Mahoney (D-FL) and Congresswoman Michele Bachmann (R-MN), would bring an end to a slew of frivolous lawsuits aimed chiefly at small businesses.

"Millions of consumers across America will experience a little extra pain in the pocketbook unless Congress passes *The Credit and Debit Card Receipt Clarification Act*," said Bachmann. "Stores and businesses across America are taking a hit. And if we don't close this loophole, this pain will be passed on to consumers in the form of higher prices."

In an effort to crack down on fraud, *The Fair and Accurate Credit Transaction Act* mandated that by December 4th, 2006 all business transaction receipts display only 5 customer credit card digits. Companies across America complied with the legislation

but many continued printing the card expiration dates as well due to a lack of clarity in FACTA.

Even though identity theft experts say 5 digits from a credit card and expiration date are not enough to steal a card or an identity, lawyers across America began dragging business after business into court. H.R. 4008 closes Congress' loophole by and puts a stop to these frivolous lawsuits.

"This is the last thing we need when Americans are already being squeezed by rising living costs," Bachmann continued. "H.R. 4008 is a simple, no-nonsense, fair, necessary and bipartisan bill that is truly in the best interests of the American people."

###

# CQ Custom BillTrack Report

**HR 4008** Introduced by Mahoney (D-Fla.) on October 30, 2007
Credit and Debit Card Receipt Clarification Act of 2007

ALL MAJOR ACTIONS

**May 13, 2008** — Measure passed in the House by roll call vote, 407-0, under suspension of the rules (two-thirds vote required). (Text of bill, as passed in the House, appears in the May 13, 2008, Congressional Record.) *Congressional Record p. H3729,*

**May 13, 2008** — House Vote 308 Credit and Debit Card Receipt Clarification — Passage
Motion agreed to 407-0. *Congressional Record p. H3729-H3732,*

**May 6, 2008** — Related measure, S 2978, to amend the Fair Credit Reporting Act to make technical corrections to the definition of willful noncompliance with respect to violations involving the printing of an expiration date on certain credit and debit card receipts before the date of the enactment of this act, introduced by Sen. Schumer, D-N.Y.

**Oct. 30, 2007** — Read twice and referred to: House Financial Services, House Judiciary. *Congressional Record p. H12237*