IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH DI COSOLA, Individually and on behalf of a class, ) ) ) | |
| Plaintiff, ) ) | Case No. 07 C 6746 |
| v. ) ) | Judge Zagel |
| BRAZZAZ LLC, ) ) | Magistrate Judge Denlow |
| Defendant. ) | |

**BRAZZAZ LLC'S MOTION *INSTANTER* FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS**

Brazzaz LLC ("Brazzaz"), by and through its undersigned counsel, respectfully moves this Court for leave to submit *instanter* supplemental authority in support of its Motion to Dismiss or, in the Alternative, to Stay Proceedings. In support thereof, Brazzaz respectfully states as follows:

1. On November 30, 2007, Plaintiff Joseph Di Cosola filed this putative class action asserting that Brazzaz violated the Fair and Accurate Credit Transaction Act ("FACTA"), 15 U.S.C. § 1681c(g).

2. On April 15, 2008, Brazzaz filed its Motion to Dismiss or, in the Alternative, to Stay Proceedings (the "Motion") and, as of May 15, 2008, the Motion was fully briefed.

3. After the briefing on Brazzaz's Motion was complete, on June 3, 2008, President Bush signed into law the Credit and Debit Card Receipt Clarification Act of 2007. *See* Public Law, PL 110-241, 122 Stat. 1565.

4. As set forth in the accompanying Supplemental Authority in Support of Motion to Dismiss or, in the Alternative, to Stay Proceedings (the "Supplemental Authority"), Brazzaz respectfully submits that these recent developments regarding the Amendment, which is now the

law, would greatly assist this Court in reaching a decision on Brazzaz's pending Motion. *See, e.g., In re Sears Roebuck & Co. Tools Mkg. & Sales Practices Litig.,* Nos. MDL-1703, 05 C 4742, 05 C 2623, 2005 WL 3077606, at * 1 (N.D. Ill. Nov. 14, 2005) ("[w]ithin days of the motion [to dismiss] being fully briefed, Sears was granted leave to supplement its motion papers with an argument that plaintiffs lack standing to bring claims … relying on the Illinois Supreme Courts recent decision.")

5.  For the Court's convenience, a copy of the Brazzaz's Supplemental Authority is attached hereto as Exhibit A.

**WHEREFORE**, for the reasons stated above, Brazzaz LLC respectfully requests that the Court grant leave to submit the Supplemental Authority *instanter*, and any and all other relief the Court deems just and equitable.

Dated: June 6, 2008

        Respectfully submitted,

        **BRAZZAZ LLC**

           /s/ David S. Almeida
           One of Its Attorneys

Gordon B. Nash, Jr.
David S. Almeida
**DRINKER BIDDLE & REATH LLP**
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606
(312) 569-1000 (telephone)
(312) 569-3000 (facsimile)

*Attorneys for Brazzaz LLC*

## CERTIFICATE OF SERVICE

I, David S. Almeida, hereby certify that on June 6, 2008, the foregoing **Brazzaz LLC's Motion *Instanter* for Leave to Submit Supplemental Authority in Support of Its Motion to Dismiss or, in the Alternative, to Stay Proceedings** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ David S. Almeida

CH02/ 22525721.2