## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH DI COSOLA,<br>Individually and on behalf of a class, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6746 |
| | ) | |
| v. | ) | Judge Zagel |
| | ) | |
| BRAZZAZ LLC, | ) | Magistrate Judge Denlow |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To:     David M. Jenkins
        Barone & Jenkins, P.C.
        635 Butterfield Road, Suite 145
        Oakbrook Terrace, IL 60181

**PLEASE TAKE NOTICE** that on Thursday, June 12, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, the attached **Motion *Instanter* of Brazzaz LLC for Leave to Submit Supplemental Authority in Support of its Motion to Dismiss or, in the Alternative, to Stay Proceedings** will be heard before the Honorable Judge Zagel, or any other judge sitting in his stead, in Room 2503 of the Everett M. Dirksen Building, Chicago, Illinois, a copy of which is hereby served upon you.

Dated: June 6, 2008

                                        **BRAZZAZ LLC**

                                        /s/ David S. Almeida
                                        One of Its Attorneys

                                        Gordon Nash, Jr.
                                        David S. Almeida
                                        **DRINKER BIDDLE & REATH LLP**
                                        191 N. Wacker Drive, Suite 3700
                                        Chicago, IL 60606
                                        (312) 569-1000 (telephone)

                                        *Attorneys for Brazzaz LLC*

## CERTIFICATE OF SERVICE

I, David, S. Almeida, hereby certify that on June 6, 2008, a copy of the foregoing **Notice of Motion** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ David S. Almeida

CH02/ 22525728.1