## CERTIFICATE OF SERVICE

I hereby certify on June 9, 2008, a copy of the foregoing **Notice of Filing** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. I further caused a copy of the foregoing to be sent via regular U. S. Mail to:

Mr. David S. Almeida
Drinker Biddle & Reath, LLP
191 North Wacker Drive, Suite 3700
Chicago, IL 60606

_____
Diane B. Novosel

*Signed and Sworn to before me this*
*9th day of June, 2008.*

_____
Notary Public

DIANE M. TILLOTSON
MY COMMISSION EXPIRES
JANUARY 31 2012
NOTARY PUBLIC · OFFICIAL SEAL · STATE OF ILLINOIS

Anthony G. Barone
Barone & Jenkins, P.C.
635 Butterfield Rd., Ste. 145
Oakbrook Terrace, Illinois 60181
(630) 472-0037