IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOSEPH DICOSOLA,　　　　　　　　　　)
Individually and on behalf of a class,　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　Case No. 07 C 6746
　　　　　　　　　　　　　　　　　　　)　　Judge Zagel
v.　　　　　　　　　　　　　　　　　　)　　Magistrate Judge Denlow
　　　　　　　　　　　　　　　　　　　)
BRAZZAZ, LLC,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　　)

To:　　Mr. David S. Almeida
　　　　Drinker Biddle & Reath, LLP
　　　　191 North Wacker Drive, Suite 3700
　　　　Chicago, IL 60606

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the 9th day of June, 2008, I caused to be filed *Plaintiff's Memorandum in Opposition to Brazzaz's Motion For Leave To Submit Supplemental Authority And, In The Alternative, Plaintiff's Request For Briefing On The Constitutionality The New Amendment*, a copy of which is hereby served upon you.

_____
David M. Jenkins

Anthony G. Barone (ARDC #06196315)
David M. Jenkins (ARDC #6211230)
Barone & Jenkins, P.C.
635 Butterfield Rd., Ste. 145
Oakbrook Terrace, Illinois 60181
(630) 472-0037