## CERTIFICATE OF SERVICE

I certify that I served a copy of this Certificate of Service and *Plaintiff's Unopposed Motion to Dismiss Pursuant to Settlement*, upon the person identified above via electronic mail on August 18, 2008.

_____
Diane B. Novosel

Anthony G. Barone (06196315)
David M. Jenkins (6211230)
Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrance, Illinois 60181
630/472-0037