Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6746 | **DATE** | 8/22/2008 |
| **CASE TITLE** | JOSEPH DICOSOLA vs. BRAZZAZ, LLC | | |

**DOCKET ENTRY TEXT**

Enter agreed order of dismissal with prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|

07C6746 JOSEPH DICOSOLA vs. BRAZZAZ, LLC

Page 1 of 1